**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CHIANYUAN VANNOY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:07-0247-RJC |
| ASTRAZENECA PHARMACEUTICALS LP | ) | |
| 1800 Concord Pike | ) | |
| Wilmington, Delaware  19803 | ) | |
| ASTRAZENECA LP | ) | |
| 1800 Concord Pike | ) | |
| Wilmington, Delaware  19803 | ) | |
| and | ) | |
| ZENECA, INC. | ) | |
| 1800 Concord Pike | ) | |
| Wilmington, Delaware  19803 | ) | |
| Defendants. | ) | |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS OF**
**ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA LP, AND ZENECA INC.**

The undersigned counsel of record for AstraZeneca Pharmaceuticals LP, AstraZeneca LP,

and Zeneca Inc. certify, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1 of

this Court, that AstraZeneca Pharmaceuticals LP, AstraZeneca LP, and Zeneca Inc. are wholly-

owned subsidiaries of AstraZeneca PLC, a United Kingdom corporation.  American Depository

Receipts of AstraZeneca PLC are traded on the New York Stock Exchange.  This certification is

made in order that the judges of this Court may determine the need for recusal.

Case No. 1:07-0247-RJC

May 4, 2007                                        Respectfully submitted,


                                                  /s/  Frank R. Volpe (D.C. Bar No. 458791)
                                                  Rebecca K. Wood (D.C. Bar No. 473616)
                                                  Richard H. Menard Jr. (D.C. Bar No. 483059)
                                                  SIDLEY AUSTIN LLP
                                                  1501 K Street, N.W.
                                                  Washington, D.C.  20005
                                                  Telephone:  (202) 736-8000
                                                  Facisimile:  (202) 736-8711
                                                  E-mail:      fvolpe@sidley.com
                                                               rwood@sidley.com
                                                               rmenard@sidley.com

                                                  Of Counsel:
                                                  Michael W. Davis
                                                  SIDLEY AUSTIN LLP
                                                  One South Dearborn Street
                                                  Chicago, IL 60603
                                                  Telephone:  (312) 853-7000
                                                  Facisimile:  (312) 853-7036
                                                  E-mail:      mdavis@sidley.com

                                                  *Attorneys for AstraZeneca Pharmaceuticals LP,*
                                                  *AstraZeneca LP, and Zeneca Inc.*

Case No. 1:07-0247-RJC

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on May 4, 2007, I electronically filed the foregoing Disclosure of Corporate

Affiliations and Financial Interests of AstraZeneca Pharmaceuticals LP, AstraZeneca LP, and

Zeneca Inc. using the CM/ECF system, and sent the foregoing document and the notice of electronic

filing by first-class mail to counsel for plaintiff, Kenneth W. Smith, 4400 Bayou Boulevard,

Pensacola, Florida 32503.

/s/  Frank R. Volpe
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8000
Facisimile:  (202) 736-8711
E-mail:      fvolpe@sidley.com